1  YOUR NAME Bruce Derrick Calhoun
   YOUR ADDRESS 500 West Broadway - Rm 224, San Diego, CA 92101
2  YOUR TELEPHONE NUMBER (619-234-5252

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

- Bruce Derrick Calhoun )
- Disabled Navy and Air
  Force Veteran )
         -v-
San Diego County and all )
of it's corrupt partners, )
V.A.M.C. San Diego, San Diego Police, Justice Department, U.S. Attorney
Department, San Diego County )
Sheriff Department, F.B.I., Hanns Palmer, Mayor Sanders, San Diego
City Council, Chase Bank, Plaza Hotel, Sorrento Hotel, Lloyd Pest Control
Grey Hound, Wells Fargo Bank, Citi Bank, Fox 5 News, Port of San Diego etc...

Case No. '10 CV 1409 BEN  NLS
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

That San Diego County and all of it's corrupt partners
have been attempting to murder and rape me after
Daphne Cherie raping and murdering my entire family, and every
McKinney friend that they could find since before May 2008 when
Calhoun, Lessie I was poisoned by Grey Hound. Today in your Edward J.
Mary Whitfield Schwartz 4th floor Clerks Lobby @ ≈1330hrs a female said
Leach, Lila "I got it" and male entered shortly called me "stupid"
Poly Pope were on audio and video surveillance attempting entrapment
Whitfield) "alleged specific misconduct." Hanns Palmer knocked on my
front door, kitchen window, bathroom window at 910 Seacoast Dr
Imperial Beach CA. Then did an illegal eviction - real estate
fraud - after threatening to kill me, kick my a--, rape me
with the F.B.I., C.I.A., Sheriff Investigator watching and
listening at my beach apartment - where I really lived
living. You attempted to murder me with entrapment at
OR the 4th of July fire works "Big Bay Boom" Sunday 4 July 2010 - please day
the beach house and Bugatti - thank you - Happy 4th of July

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

**EVIDENCE AGAINST F.B.I.**

PLAZA HOTEL
1037 4th Ave.   RPT #301
San Diego, CA 92101
619-233-8165

SPECIAL AGENT AMELIA

06-02-10

```
        54  #
    588.29  *
      3.01  *
  5  00:03
     00.21

01.°742.00

  °742.00  TL
  °800.00  CA TD
  °58.00   CG
```





\*EVIDENCE AGAINST SAN DIEGO POLICE DEPARTMENT!

\*EVIDENCE AGAINST V.A.M.C. SAN DIEGO!
June 14th Monday
@ 1:00 PM
Dr Panday

**LLOYD PEST CONTROL**

Treated

with Phantom

Please do not

enter until

2PM

*EVIDENCE AGAINST
PLAZA HOTEL !!!

Encey[?]

We put bugs out of business - GUARANTEED!
Call Akira Marsden at (619) 668-1973



# THE CITY OF SAN DIEGO

June 1, 2010

*EVIDENCE AGAINST MAYOR SANDERS AND CITY COUNCIL !!!*

Bruce Calhoun
1037 4th Ave Room 301
San Diego, CA 92101

Reference: City File #: 2467
Date of Incident: 05/25/2010
Claimant: Calhoun, Bruce Derrick

Dear Mr. Calhoun:

Claims against the City of San Diego are referred to this office for investigation, and with the advice of the office of the City Attorney a determination of legal liability.

As you may know, the liability of a municipality to persons who claim damages is strictly limited by the legislature of the State of California governing municipal operations. We must review the circumstances of your claim within the terms of those laws. We regret that investigation and legal opinion oblige us to conclude that the City must deny your claim.

Subject to certain exceptions, **you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim**. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

*D. K. Griffin*

Kris Griffin
Claims Representative

#20

*FBI # 1858-565-1255*
*EVIDENCE AGAINST F.B.I.:*
*MR. Calhoun, Derrick was here at the San Diego, CA FBI office on 6/8/2010 the reason for today visit to do a missing person report.*

1200 Third



**DEPARTMENT OF VETERANS AFFAIRS**
San Diego Healthcare System
3350 La Jolla Village Drive
San Diego CA 92161

In Reply Refer To: 664/04B
52 0801

June 18, 2010

Bruce Calhoun
1037 4th Avenue Apt 301
San Diego, CA 92101

*EVIDENCE AGAINST V.A.M.C. SAN DIEGO*

Dear Mr. Calhoun:

This letter is to inform you your request for a waiver of 1st party co-payment charges has been approved *in part* for charges incurred after December 1, 2009.

We have waived the amount of $ 48.04, which leaves you with a balance of $ 18.07; charges that cannot be waived due to untimely filing. Your balance now due in full is for charges incurred which exceeds the 180-day filing timeframe. Since you are currently in a co-payment non-exempt status, you will be responsible for any future co-payment costs you incur.

It is important to note that a waiver applies to exciting debt, not future debts.

If you are unable to pay the entire balance with one payment, you are welcome to request to have your account established on an official repayment plan by contacting us.

If you have any questions regarding this decision, please contact our Business Office at (858) 552-7544.

Sincerely,

Deborah J. Stiles
Business Office Manager



*EVIDENCE AGAINST!!!* [handwritten annotation pointing to caption]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| BRUCE DERRICK CALHOUN, [handwritten: DISABLED NAVY AND AIR FORCE VETERAN] | CIVIL CASE NO. 10-CV-1126-IEG (BGS) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER:** [handwritten: BEACH HOUSE AND BUGATTI SPORTS CAR.] |
| | (1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2); |
| SAN DIEGO COUNTY et al., | (2) DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL (Doc. No. 3); and |
| Defendants. | (3) DISMISSING COMPLAINT WITH PREJUDICE. |

Plaintiff Bruce Derrick Calhoun ("Plaintiff"), proceeding *pro se*, has filed a complaint (Doc. No. 1), along with a Motion to Proceed in Forma Pauperis ("IFP") (Doc. No. 2) and a Request for Appointment of Counsel (Doc. No. 3).

Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court GRANTS Plaintiff's [handwritten: BEACH HOUSE AND BUGATTI] IFP motion, solely for the purpose of the motions currently before the Court. The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. *See* 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief.

1  Plaintiff's complaint names as defendants, "San Diego County and all of its corrupt partners,
2  Judge Anello, Judge Battaglia, Jackie Palmer, VAMC, San Diego County Sheriffs Department, San
3  Diego Police Department, City Council, Mayor Sanders." Plaintiff alleges he is a "victim of the
4  corruption that Mayor Sanders and the FBI and the Justice Department have vowed to clear up on
5  this Memorial Holiday." He further alleges this court has several times attempted his entrapment
6  and murder in the clerk's office and at his home. Plaintiff demands a house, car, and $900 million in
7  damages.

*[Handwritten: 500 WEST BROADWAY - RM 224, SAN DIEGO, CA 92101]*

8  Plaintiff's complaint fails to allege a basis for relief, and fails to allege specific misconduct
9  by any of the defendants. Because "it is absolutely clear that the deficiencies of the complaint could
10  not be cured by amendment," the Court DISMISSES the complaint with prejudice. *Franklin v.*
11  *Murphy*, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984). As such, the Court DENIES AS MOOT
12  Plaintiff's Request for Appointment of Counsel.

*[Handwritten: → SPECIFIC MISCONDUCT - ATTEMPTED MURDER ENTRAPMENT IN 4TH FLOOR CLERKS LOBBY ALL TEN (10) TIMES I HAVE FILE SUIT AGAINST YOU! ON YOUR AUDIO AND VIDEO SURVEILLANCE.]*

13  IT IS SO ORDERED.

*[Handwritten: → BASIS FOR RELIEF - I AM A DISABLED NAVY AND AIR FORCE VETERAN]*

15  DATED: June 4, 2010

                Irma E. Gonzalez
                IRMA E. GONZÁLEZ, Chief Judge
                United States District Court

*[Handwritten annotation continuing:]*

THAT DOES NOT OWN A HOUSE AND A CAR! THE JUSTICE DEPARTMENT ON THE 5TH FLOOR OF THE EDWARD J. SCHWARTZ FEDERAL BUILDING AND THE F.B.I. ON AERO DR. KNOWS WHAT HAPPENED TO MY WIFE, MY MOTHER AND MY GRANDMOTHER DAPHNE CHERIE McKINNEY CALHOUN, LESSIE MARY WHITFIELD LEACH AND LILA POLY POPE WHITFIELD!

I WILL SETTLE FOR A BEACH HOUSE AND A BUGATTI SPORTS CAR. CHRISTINE WRIGHT - REMAX. NICK JONES - SYMBOLIC MOTOR CAR COMPANY. IRMA E. GONZALEZ, CHIEF JUDGE. F.B.I. SPECIAL AGENT AMELIA.

TODAY 6 JULY 2010! TUESDAY!

"HAPPY 4TH OF JULY"

10cv1126

AO 450 Judgment in a Civil Case

*[handwritten annotation: EVIDENCE AGAINST →]*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED JUN 0 4 2010**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Bruce Derrick Calhoun

v.

San Diego County; et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv1126-IEG(BGS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

*[handwritten: CHRISTINE WRIGHT REMAX — NICK JONES SYMBOLIC MOTOR CAR COMPANY — BEACH HOUSE AND BUGATTI SPORTS CAR]*

that the Court **GRANTS** Plaintiff's Motion to Proceed In Forma Pauperis. Because it is absolutely clear that the deficiencies of the Complaint could not be cured by amendment, Court **DISMISSES** the Complaint with prejudice. Plaintiff's Request for Appointment of Counsel is **DENIED AS MOOT**. Case is closed................................................................................................................

| June 4, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam *[signature]* |
| | (By) Deputy Clerk |
| | ENTERED ON June 4, 2010 |

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** BRUCE DERICK CACROCK DISABLED NAVY AND AIR FORCE VETERAN

**DEFENDANTS** SAN DIEGO COUNTY AND ALL OF IT'S CORRUPT PARTNERS

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
County of Residence of First Listed Defendant: SAN DIEGO

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): **10 CV 1409 BEN NLS**

**II. BASIS OF JURISDICTION** — U.S. Government Defendant (X 2)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Citizen of This State: PTF 1, DEF 1

**IV. NATURE OF SUIT** — 470 Racketeer Influenced and Corrupt Organizations (X)
Also marked: 422 Appeal 28 USC 158; 710 Fair Labor Standards Act; 865 RSI (405(g)); 950 Constitutionality of State Statutes; 791 Empl. Ret. Inc. Security Act; 871 IRS—Third Party 26 USC 7609

**V. ORIGIN** — Original Proceeding (X 1)

**VI. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing: 470 - RACCOTEER INFLUENCED AND CORRUPT ORGANIZATIONS
Brief description of cause: YOU ATTEMPTED TO MURDER ME AGAIN IN YOUR LOBBY ON VIDEO - AUDIO AND SALUTE ALL LAW

**VII. REQUESTED IN COMPLAINT:** DEMAND $ 1 BILLION DOLLARS — JURY DEMAND: No (X)

**VIII. RELATED CASE(S) IF ANY:** LARRY T. MILLER, LOUISA S. PORTER, LARRY ALLEN BURNS, MAJORS, BENITEZ, WHELAN, GALLO, SABRAW
JUDGE IRMA E. GONZALES — DOCKET NUMBER 10-CV-126-IEG BGS

**DATE** 6 JULY 2010 TUESDAY

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

