# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
10 JUL 28 AM 9:36

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Roger T. Benitez
FROM: S. Yaptangco, Deputy Clerk  RECEIVED DATE: 7/23/2010
CASE NO.: 10CV1409-BEN-NLS  DOCUMENT FILED BY: Bruce Derrick Calhoun
CASE TITLE: Calhoun v. San Diego County and all of it Corrupt Partners, et al
DOCUMENT ENTITLED: Various Documents

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Improper format; Case closed; Missing proof of service |

Date forwarded: 7/23/2010

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.  Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 7/27/10  By: RPA
cc: All Parties

1  YOUR NAME
   YOUR ADDRESS                **REJECTED**
2  YOUR TELEPHONE NUMBER

3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
                       (Must start on line 8 or below)
10
11  BRUCE DELOCK (CACHOUN)
12  DISABLED AIR FORCE AND
13  NAVY VETERAN
                    -v-                    Case No. 10CV1409
14  SAN DIEGO COUNTY AND
15  ALL OF IT'S CORRUPT                              BEN-NLS
16  PARTNERS, COMIC CON, DEL MAR
17  RACE TRACK AND CASINO, PINK PRIDE PARADE
18  SATURDAY JULY 17, 2010, SAN DIEGO POLICE
    DEPARTMENT, SAN DIEGO COUNTY SHERIFF DEPARTMENT, F.B.I.,
19  JUSTICE DEPARTMENT, C.I.A., AIR FORCE O.S.I., U.S.A.,
20  DEPARTMENT OF THE NAVY, COAST GUARD, CORONADO
21  POLICE DEPARTMENT, IMPERIAL BEACH CITY HALL,
22  (OUR AND) BOEHMER I.B. CITY ATTORNEY, OCEANSIDE
23  CITY HALL, ESCONDIDO CITY HALL, GREY HOUND,
24
25  MTS, CHASE BANK FRONT AND BROADWAY,
26  WASHINGTON MUTUAL BANK FRONT AND BROADWAY,
27  IRMA E. GONZALES CHIEF FEDERAL JUDGE
28  -THIS IS MORE FACTS AND EVIDENCE
    SPECIFIC OF YOUR ATTEMPTED MURDER WITH
    ENTRAPMENT BECAUSE YOU CORRUPT CRIMINALS
    DO NOT WANT TO SETTLE WITH A DISABLED NAVY
    AND AIR FORCE VETERAN WHO'S WIFE, MOTHER AND GRAND-
    MOTHER YOU MURDERED - BEACH HOUSE AND BUGATTI TODAY PLEASE

TODAY
23 JULY 2010 (FRIDAY)